New York Trap Rock Corporation et al., Plaintiffs, and Binghamton Metal Forms, Inc., Plaintiff-Appellant, *v.* The National Bank of Far Rockaway, Respondent.

Submitted June 18, 1943; decided July 20, 1943.

*Daniel Combs* for appellant.

*Carl E. Peterson* and *Joseph F. Finkelstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.